Order issued January 17, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01681-CV

**WALTER MITCHELL, Appellant**

V.

**TONYA CHANDLER, FRANK FORSHEE, PATRICK PARKER, AND LETRICIA TARRANT, Appellees**

## ORDER

The Court **GRANTS** appellant's January 14, 2013 motion for extension of time to file his jurisdictional letter brief. Appellant shall file his letter brief no later than February 1, 2013. Appellees shall file any response no later than February 11, 2013.

ELIZABETH LANG-MIERS
JUSTICE

FILED IN
Court of Appeals

JAN 14 2013

Lisa Matz
Clerk, 5th District

RECEIVED
COURT OF APPEALS

JAN 14 2013

LISA MATZ
CLERK, 5th DISTRICT

Court of Appeals

Fifth District of Texas

600 Commerce Street, Suite 200

Dallas, Texas 75202                    January 4, 2013

Re: Jurisdiction Question - Cause No. 05-12-01681-CV

Walter Mitchell v Tonya Chandler et al

To The Honorable Justice of The Court:

I.

Appellant request the Court grant him an extension of time to February 1, 2013 to submit a letter brief to the Court addressing the question of jurisdiction in the above stated matter.

II.

Appellant would show the following as support for the here requested relief:

1. Appellant is financially disabled and proceeded by Affidavit of inability to pay cost.

(B) Appellant's financial situation has degraded, such that No means for transportation public or otherwise.

(c) has to travel to use public library to produce pleading

2. The Clerk of The Court by letter dated December 28, 2012 made clear and concise notice of the jurisdiction concern.

(b) the letter was postmarked "January 2, 2013"

- Jurisdiction Question - Mitchell v Chandler - page 1

2.(c) Appellant's access to and ability to produce pleadings is inversely related to public computer availabity and transportation funds.

(d) Without regard to ~~~~~~~ research and analysis of Stare decisis Appellant's compilations of citations are stored and can be access from computer based media.

### III.

Without waiving the instant request for extension of time to letter brief, there are significant issues of law raised by appellants trial court pleading albeit cursory

A. The trial Court disregarded and or refused appellant opportunity to amend or supplement the pleadings before judgment.

B. Post Judgment date, appellants finances were a recurring disability, nevertheless ~~~~~ court clerks refused to accept and or delayed processing of documents submitted for official record, by appellant.

C. Appellant on trial court pleading urged constitutional deprivation by defendant/appellee at the Municipal Court (2008)

(1) The trial court petition should have been trial denovo/Bill of Review

(2) the trial Court failed or refused findings and conclusions

D. Texas Jurisprudence has ruled that statue/rule/law can not [dispense] with constitutional right.

Sincerely,

Walter S. Mitchell III
3809 Spence Street
Dallas, TX 75215